**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Taylor-Wharton International LLC,<br>a Delaware corporation,<br><br>Debtor.<br><br>Employer Tax I.D. No. xx-xxx1577 | Chapter 11<br><br>Case No. 09-14089 (BLS)<br><br>**Re: Docket No. 3** |
| In re:<br><br>TWI-Holding LLC,<br>a Delaware corporation,<br><br>Employer Tax I.D. No. xx-xxx8154 | Chapter 11<br><br>Case No. 09-14101 (BLS)<br><br>**Re: Docket No. 3** |
| In re:<br><br>Taylor-Wharton Intermediate Holdings LLC,<br>a Delaware corporation,<br><br>Employer Tax I.D. No. xx-xxx6890 | Chapter 11<br><br>Case No. 09-14096 (BLS)<br><br>**Re: Docket No. 3** |
| In re:<br><br>Alpha One Inc.,<br>a Delaware corporation,<br><br>Employer Tax I.D. No. xx-xxx1392 | Chapter 11<br><br>Case No. 09-14090 (BLS)<br><br>**Re: Docket No. 3** |
| In re:<br><br>Beta Two Inc.,<br>a Delaware corporation,<br><br>Employer Tax I.D. No. xx-xxx1408 | Chapter 11<br><br>Case No. 09-14092 (BLS)<br><br>**Re: Docket No. 3** |
| In re:<br><br>Gamma Three Inc.,<br>a Delaware corporation,<br><br>Employer Tax I.D. No. xx-xxx1367 | Chapter 11<br><br>Case No. 09-14095 (BLS)<br><br>**Re: Docket No. 3** |

| | |
|---|---|
| In re:<br><br>Delta Four Inc.,<br>a Delaware corporation,<br><br>Employer Tax I.D. No. xx-xxx1320 | Chapter 11<br><br>Case No. 09-14093 (BLS)<br><br>**Re: Docket No. 3** |
| In re:<br><br>Epsilon Five Inc.,<br>a Delaware corporation,<br><br>Employer Tax I.D. No. xx-xxx1344 | Chapter 11<br><br>Case No. 09-14094 (BLS)<br><br>**Re: Docket No. 3** |
| In re:<br><br>TW Cryogenics LLC,<br>a Delaware corporation,<br><br>Employer Tax I.D. No. xx-xxx1713 | Chapter 11<br><br>Case No. 09-14098 (BLS)<br><br>**Re: Docket No. 3** |
| In re:<br><br>TW Cylinders LLC,<br>a Delaware corporation,<br><br>Employer Tax I.D. No. xx-xxx1665 | Chapter 11<br><br>Case No. 09-14099 (BLS)<br><br>**Re: Docket No. 3** |
| In re:<br><br>Sherwood Valve LLC,<br>a Delaware corporation,<br><br>Employer Tax I.D. No. xx-xxx1781 | Chapter 11<br><br>Case No. 09-14097 (BLS)<br><br>**Re: Docket No. 3** |
| In re:<br><br>American Welding & Tank LLC,<br>a Delaware corporation,<br><br>Employer Tax I.D. No. xx-xxx1945 | Chapter 11<br><br>Case No. 09-14091 (BLS)<br><br>**Re: Docket No. 3** |
| In re:<br><br>TW Express LLC,<br>a Delaware corporation,<br><br>Employer Tax I.D. No. xx-xxx6414 | Chapter 11<br><br>Case No. 09-14100 (BLS)<br><br>**Re: Docket No. 3** |

## ORDER PURSUANT TO BANKRUPTCY RULE 1015
## AND LOCAL RULE 1015-1 AUTHORIZING JOINT ADMINISTRATION

Upon consideration of Debtors' Motion Pursuant to Bankruptcy Rule 1015 and Local Rule 1015-1 for an Order Authorizing Joint Administration (the "Motion"),[1] the Court finds that (i) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) venue of these Cases and the Motion are proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; (iv) notice of the Motion and the hearing thereon was sufficient under the circumstances; and (v) upon the record herein after due deliberation herein, good and sufficient cause exists for the relief requested herein. Accordingly, it is hereby,

**ORDERED, ADJUDGED AND DECREED that**:

1.       The Motion is GRANTED as set forth herein.

2.       The above-captioned cases are consolidated for procedural purposes only and shall be administered jointly under Case No. 09-14089 (BLS) in accordance with the provisions of Bankruptcy Rule 1015 and Local Rule 1015-1 and the joint caption of the cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TAYLOR-WHARTON<br>INTERNATIONAL LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-14089 (BLS)<br>(Jointly Administered) |

---

[1]       Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

3.    All original pleadings shall be captioned as indicated in the preceding decretal paragraph and all original docket entries shall be made in the case of Taylor-Wharton International LLC, a Delaware corporation, Case No. 09-14089 (BLS) and a docket entry shall be made in the other Debtors' chapter 11 cases and in the event related cases are subsequently filed, substantially as follows:

> An order has been entered in this case directing the consolidation and joint administration for procedural purposes only of the Chapter 11 cases of Taylor-Wharton International LLC, TWI-Holding LLC, Taylor-Wharton Intermediate Holdings LLC, Alpha One Inc., Beta Two Inc., Gamma Three Inc., Delta Four Inc., Epsilon Five Inc., TW Cryogenics LLC, TW Cylinders LLC, Sherwood Valve LLC, American Welding & Tank LLC, and TW Express LLC, and all subsequently filed Chapter 11 cases of such debtors' affiliates. The docket in the Chapter 11 case of Taylor-Wharton International LLC, Case No. 09-14089 (___) should be consulted for all matters affecting this case.

4.    This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: _November 20, 2009_

_____
United States Bankruptcy Judge

4