IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| TAYLOR-WHARTON INTERNATIONAL LLC[1], et al. | Case No. 09-14089 (BLS) (Jointly Administered) |
| Debtors. | |

NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON FEBRUARY 16, 2010 AT 10:30 A.M. (EASTERN)

# [THIS HEARING HAS BEEN CANCELLED]

**UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION:**

1. Application of Debtors and Debtors in Possession for an Order Pursuant to 11 U.S.C. §§ 105(a) and 363(b) Authorizing the Employment and Retention of Kiski Consulting LLC and Bill Corbin as Chief Executive Officer and Chairman *Nunc Pro Tunc* to December 1, 2009 (Filed on December 28, 2009; Docket No. 109)

    Related Documents:

    a. Certificate of No Objection to Application of Debtors and Debtors in Possession for an Order Pursuant to 11 U.S.C. §§ 105(a) and 363(b) Authorizing the Employment and Retention of Kiski Consulting LLC and Bill Corbin as Chief Executive Officer and Chairman *Nunc Pro Tunc* to December 1, 2009 (Filed on February 9; Docket No. 197)

    b. Proposed Form of Order.

    Responses Received: None.

    Response Deadline: February 1, 2010 at 4:00 p.m. (Eastern).

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are: Taylor-Wharton International LLC (1577); TWI-Holding LLC (8154); Taylor-Wharton Intermediate Holdings LLC (6890); Alpha One Inc. (1392); Beta Two Inc. (1408); Gamma Three Inc. (1367); Delta Four Inc. (1320); Epsilon Five Inc. (1344); TW Cryogenics LLC (1713); TW Cylinders LLC (1665); Sherwood Valve LLC (1781); American Welding & Tank LLC (1945); and TW Express LLC (6414) with a principal place of business at 4817 Old Gettysburg Road, Mechanicsburg, Pennsylvania 17055.

[2] **Amended items appear in bold.**

Status:  A certificate of no objection has been filed in connection with this matter. Except as may be necessary to address any of the Court's questions or concerns, no hearing is required on this matter.

**CONTINUING MATTERS NOT GOING FORWARD:**

2. Confirmation of Joint Chapter 11 Plan of Reorganization Dated as of December 4, 2009 (Filed on December 4, 2009; Docket No. 77)

    Related Documents:

    a. Disclosure Statement in Support of Joint Plan of Reorganization of Taylor-Wharton International LLC and its Affiliated Debtors Under Chapter 11 of the United States Bankruptcy Code (Filed on December 4, 2009; Docket No. 78)

    b. Certification of Counsel Regarding Submission of New Exhibit 6 to Revised Disclosure statement in Support of Joint Plan of Reorganization of Taylor Wharton International LLC and its Affiliated Debtors Under Chapter 11 of the United States Bankruptcy Code (Filed on January 11, 2010; Docket No. 151)

    c. Order:  (i) Approving Disclosure Statement; (ii) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Their Joint Plan or Reorganization, including:  (a) Approving the Form and Manner of Distribution of Solicitation Packages, (b) Approving the Form and Manner of Notice of the Confirmation Hearing, (c) Establishing a Record Date and Approving Procedures for Distribution of Solicitation Packages, (d) Approving Forms of Ballots, (e) Establishing the Deadline for Receipt of Ballots, and (f) Approving the Procedure for Vote Tabulations; (iii) Establishing the Deadline and Procedures for Filing Objections to:  (a) Confirmation of the Plan and (b) Proposed Cure Amounts Related to Contracts and Leases Assumed Under the Plan; and (iv) Granting Related Relief (Entered on January 11, 2010; Docket No. 152)

    d. Affidavit/Declaration of Paul V. Kinealy with respect to Service of Notice of Confirmation Hearing and Publication in (a) *The Wall Street Journal*, (b) *The News-Messenger/Outlook*, (c) *Observer-Reporter*, (d) *The Patriot News*, (e) *The Salt Lake Tribune*, (f) *Crossville Chronicle*, (g) *The Huntsville Times*, (h) *Mobile Press-Register*, (i) *The Niagra Gazette*, (j) *The Press Sentinel Newspaper*, and (k) *Sun Post Herald* (Filed on February 11, 2010; Docket No. 203)

    Responses Received:

    e. Limited Objection of Worthington Cylinder Corporation to Confirmation of Joint Plan of Reorganization of Taylor-Wharton International LLC and Its Affiliated Debtors Under Chapter 11 of The United States Bankruptcy Code (Filed on February 8, 2010; Docket No. 193)

    f. Objection to Confirmation of Joint Plan of Reorganization filed by Stephen Trigo (Filed on February 8, 2010; Docket No. 194)

US_ACTIVE-103179054.2-JARAHL

g.  Objection to Confirmation of Plan filed by United States Trustee (filed on December 9, 2010; Docket No. 196)

h.  Objection of Harsco Corporation to Joint Plan of Reorganization of Taylor-Wharton International LLC and its Affiliated Debtors Under Chapter 11 of the United States Bankruptcy Code (Filed on February 9, 2009; Docket No. 199)

Response Deadline: February 9, 2009 at 4:00 p.m. (Eastern)

Status: **This matter has been adjourned to a date to be determined.**

## MATTERS GOING FORWARD

3.  Motion of Debtors and Debtors in Possession for an Order Pursuant to 11 U.S.C. §§ 105(a) and 365(a) and Rule 6006 of The Federal Rules of Bankruptcy Procedure Authorizing the Rejection of Executory Contractual Agreements with Harsco Corporation and an Unexpired Lease of Non-Residential Real Property, *Nunc Pro Tunc* to the Date Hereof (Filed on December 23, 2009; Docket No. 104)

    Related Documents: None.

    Responses Received:

    a.  Objection of Harsco Corporation to Motion of Debtors for an Order Authorizing the Rejection of Certain Executory Contracts [Docket No. 104] (Filed on February 1, 2010; Docket No. 185)

    Response Deadline: February 1, 2010 at 4:00 p.m. (Eastern).

    Status: **This matter is not going forward. To the extent it concerns Harsco Corporation, this matter has been continued by agreement to a date to be determined. The Debtors will submit a Revised Proposed Order under Certification of Counsel with respect to the other unrelated lease which was the subject of this matter.**

4.  Motion of Harsco Corporation for an Order Temporarily Allowing Its Claims for Voting Purposes Pursuant to Rule 3018(a) of The Bankruptcy Rules (Filed on February 1, 2010; Docket No. 186)

    Related Documents: None.

    Responses Received:

    a.  Debtors' Objection to the Motion of Harsco Corporation for an Order Temporarily Allowing Its Claims for Voting Purposes Pursuant to Rule 3018(A) of The Bankruptcy Rules (Filed on February 9, 2010; Docket No. 198)

US_ACTIVE-103179054.2-JARAHL

Response Deadline:  February 9, 2010 at 4:00 p.m. (Eastern).

Status:  **This matter has been continued by agreement to a date to be determined.**

Dated: February 12, 2010
       Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By: /s/ Mark W. Eckard
    Mark W. Eckard (No. 4542)
    1201 Market Street, Suite 1500
    Wilmington, DE 19801
    Telephone: (302) 778-7500
    Facsimile: (302) 778-7575
    E-mail: meckard@reedsmith.com

- and -

J. Andrew Rahl, Jr., Esquire
Mark D. Silverschotz, Esquire
Han J. Ahn, Esquire
599 Lexington Avenue
New York, NY  10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
E-mail: arahl@reedsmith.com
       msilverschotz@reedsmith.com
       hahn@reedsmith.com

Counsel for Taylor-Wharton International LLC, *et al.*, Debtors and Debtors-in-Possession