# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TAYLOR-WHARTON<br>INTERNATIONAL LLC[1], et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-14089 (BLS)<br>Jointly Administered<br><br>**Hearing Date: n/a**<br>**Objection Deadline: n/a** |

**MOTION TO SHORTEN NOTICE WITH REGARD TO
DEBTORS' MOTION PURSUANT TO 11 U.S.C. §§ 105(a), 363, 365 AND FED. R.
BANKR. P. 2002, 6004, 6006 FOR (I) ENTRY OF AN ORDER (A) ESTABLISHING
BIDDING AND AUCTION PROCEDURES RELATED TO THE SALE OF THE
DEBTORS' CYLINDERS BUSINESS AND RELATED ACQUIRED ASSETS; (B)
APPROVING BID PROTECTIONS; (C) SCHEDULING AN AUCTION AND SALE
HEARING FOR THE SALE OF THE DEBTORS' ACQUIRED ASSETS; (D)
ESTABLISHING CERTAIN NOTICE PROCEDURES FOR DETERMINING CURE
AMOUNTS; (E) APPROVING FORM AND MANNER OF NOTICE OF ALL
PROCEDURES, PROTECTIONS, SCHEDULES AND AGREEMENTS; AND
(F) GRANTING CERTAIN RELATED RELIEF**

Taylor-Wharton International LLC ("TWI"), together with its affiliated debtors and debtors in possession (collectively, the "Debtors"), by and through their undersigned counsel, respectfully moves this Court pursuant to Del.Bankr.L.R. 9006-1(e) for an Order shortening notice (this "Motion to Shorten Notice") with regard to the Motion Pursuant To 11 U.S.C. §§ 105(a), 363, 365 And Fed. R. Bankr. P. 2002, 6004, 6006 For (I) Entry Of An Order (A) Establishing Bidding And Auction Procedures Related To The Sale Of The Debtors' Cylinders Business And Related Acquired Assets; (B) Approving Bid Protections; (C) Scheduling An Auction And Sale Hearing For The Sale Of The Debtors' Acquired Assets; (D) Establishing Certain Notice Procedures For Determining Cure Amounts; (E) Approving Form And Manner

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are: Taylor-Wharton International LLC (1577); TWI-Holding LLC (8154); Taylor-Wharton Intermediate Holdings LLC (6890); Alpha One Inc. (1392); Beta Two Inc. (1408); Gamma Three Inc. (1367); Delta Four Inc. (1320); Epsilon Five Inc. (1344); TW Cryogenics LLC (1713); TW Cylinders LLC (1665); Sherwood Valve LLC (1781); American Welding & Tank LLC (1945); and TW Express LLC (6414). Each of the Debtors has a principal place of business at 4817 Old Gettysburg Road, Mechanicsburg, Pennsylvania 17055.

Of Notice Of All Procedures, Protections, Schedules And Agreements; And (F) Granting Certain Related Relief; And (II) Entry Of An Order (A) Approving The Sale Of The Debtors' Cylinders Business And Related Acquired Assets Free And Clear Of All Liens, Claims, Encumbrances And Interests; And (B) Authorizing The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases (the "Cylinders 363 Sale Motion"). In support of this Motion to Shorten Notice, the Debtors respectfully state as follows:

## I. RELIEF REQUESTED

1. Pursuant to Del.Bankr.L.R. 9006-1(e), the Debtors seek an order shortening notice with respect to the Cylinders 363 Sale Motion and scheduling a hearing on approval of the Debtors' proposed Bid Procedures[2] for May 12, 2010 at 11:00 a.m. (Eastern),[3] as well as establishing May 7, 2010 at 4:00 p.m. (Eastern) as the deadline for filing and serving objections to Bid Procedures portion of the Cylinders 363 Sale Motion.

## II. BASIS FOR RELIEF REQUESTED

2. Pursuant to Local Rule 9006-1(e), "[n]o motion will be scheduled on less notice than required by these rules or the Federal Rules of Bankruptcy Procedure except by Order of the Court, on written motion (served on all interested parties) specifying the exigencies justifying shortened notice. The Court will rule on such motion promptly without need for hearing." Del.Bankr.L.R. 9006-1(e).

3. The statutory predicates for the relief requested in the Cylinders 363 Sale Motion require "notice and a hearing" in order for such relief to be granted. Section 102(1) of the Bankruptcy Code, however, provides that "notice and a hearing" is an elastic phrase meant to

---

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the Cylinders 363 Sale Motion.

[3] The Debtors' next omnibus hearing is currently scheduled at this time.

take into account the "particular circumstances" of a motion.  See 11 U.S.C. § 102(1) ("In this title . . . 'after notice and a hearing,' or similar phrase . . . means after such notice as is appropriate in the particular circumstances . . . .").

4.	Here, cause exists to shorten notice with regard to the Cylinders 363 Sale Motion and such shortened notice is appropriate in these circumstances.  The circumstances which underlie the Cylinders 363 Sale Motion strongly support shortening notice to hear it.  The Debtors extensively marketed the Acquired Assets beginning in August 2009.  As part of this process, the Debtors' agent contacted numerous parties who were likely to be interested in the Acquired Assets for strategic or financial purposes.  This process included distribution of a 10 page marketing package and resulted in indications of interest by at least eight parties, some of whom were engaged in businesses related to that of TWI Cylinders.  The Debtors' bankruptcy cases and the fact that the Acquired Assets were for sale was also general knowledge in that industry and the Debtors' intent to sell the business of TWI Cylinders was described in their Disclosure Statement [D.I. 150].  Upon execution of a confidentiality agreement, each interested party was given access to a data room established by the Debtors to facilitate due diligence.  In addition to the Purchaser, there remain two or three other parties who potentially may be interested in purchasing all or some of the Acquired Assets whom the Debtors will invite to bid at the sale.

5.	The Debtors will serve the Cylinders 363 Sale Motion by the quickest means possible on all parties requesting notice in the Debtors' cases.

6.	Counsel for the Debtors has consulted with counsel for the Debtors' secured lenders and the United States Trustee concerning this request for shortened notice.  The Debtors'

secured lenders and the United States Trustee do not object to the shortened notice requested herein.

WHEREFORE, the Debtors respectfully request that the Court enter an order (i) scheduling a hearing on the relief requested in the Cylinders 363 Motion pertaining to the Bid Procedures for May 12, 2010 at 11:00 a.m. (Eastern); (ii) establishing a deadline for filing and serving objections, if any, to Cylinders 363 Sale Motion's request to establish Bid Procedures that is not later than May 7, 2010 at 4:00 p.m. (Eastern); and (iii) granting such other and further relief as is just and appropriate.

Dated: April 30, 2010  
       Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By: /s/ Mark W. Eckard  
Mark W. Eckard (No. 4542)  
1201 Market Street, Suite 1500  
Wilmington, DE 19801  
Telephone: (302) 778-7500  
Facsimile: (302) 778-7575

- and -

J. Andrew Rahl, Jr., Esquire  
Mark D. Silverschotz, Esquire  
Han J. Ahn, Esquire  
599 Lexington Avenue  
New York, NY 10022  
Telephone: (212) 521-5400  
Facsimile: (212) 521-5450

Counsel for Taylor-Wharton International LLC, *et al.*, Debtors and Debtors-in-Possession