**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TAYLOR-WHARTON<br>INTERNATIONAL LLC[1], et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 09-14089 (BLS)<br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MAY 12, 2010 AT 11:00 A.M. (EASTERN)**

**CONTESTED MATTERS GOING FORWARD:**

1. Confirmation of Joint Chapter 11 Plan of Reorganization Dated as of December 4, 2009 (Filed on December 4, 2009; Docket No. 77)

Related Documents:

  a. Disclosure Statement in Support of Joint Plan of Reorganization of Taylor-Wharton International LLC and its Affiliated Debtors Under Chapter 11 of the United States Bankruptcy Code (Filed on December 4, 2009; Docket No. 78)

  b. Certification of Counsel Regarding Submission of New Exhibit 6 to Revised Disclosure statement in Support of Joint Plan of Reorganization of Taylor Wharton International LLC and its Affiliated Debtors Under Chapter 11 of the United States Bankruptcy Code (Filed on January 11, 2010; Docket No. 151)

  c. Order: (i) Approving Disclosure Statement; (ii) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Their Joint Plan or Reorganization, including: (a) Approving the Form and Manner of Distribution of Solicitation Packages, (b) Approving the Form and Manner of Notice of the Confirmation Hearing, (c) Establishing a Record Date and Approving Procedures for Distribution of Solicitation Packages, (d) Approving Forms of Ballots, (e) Establishing the Deadline for Receipt of Ballots, and (f) Approving the Procedure for Vote Tabulations; (iii) Establishing the Deadline and Procedures for Filing Objections to: (a) Confirmation of the Plan and (b) Proposed Cure Amounts Related to Contracts and Leases Assumed Under the Plan; and (iv) Granting Related Relief (Entered on January 11, 2010; Docket No. 152)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are: Taylor-Wharton International LLC (1577); TWI-Holding LLC (8154); Taylor-Wharton Intermediate Holdings LLC (6890); Alpha One Inc. (1392); Beta Two Inc. (1408); Gamma Three Inc. (1367); Delta Four Inc. (1320); Epsilon Five Inc. (1344); TW Cryogenics LLC (1713); TW Cylinders LLC (1665); Sherwood Valve LLC (1781); American Welding & Tank LLC (1945); and TW Express LLC (6414) with a principal place of business at 4817 Old Gettysburg Road, Mechanicsburg, Pennsylvania 17055.

d. Affidavit/Declaration of Paul V. Kinealy with respect to Service of Notice of Confirmation Hearing and Publication in (a) *The Wall Street Journal*, (b) *The News-Messenger/Outlook*, (c) *Observer-Reporter*, (d) *The Patriot News*, (e) *The Salt Lake Tribune*, (f) *Crossville Chronicle*, (g) *The Huntsville Times*, (h) *Mobile Press-Register*, (i) *The Niagra Gazette*, (j) *The Press Sentinel Newspaper*, and (k) *Sun Post Herald* (Filed on February 11, 2010; Docket No. 203)

e. Notice of Rescheduled Hearing to Consider Confirmation of Joint Plan of Reorganization of Taylor-Wharton International LLC and Its Affiliated Debtors Under Chapter 11 of The United States Bankruptcy Code (Filed on March 16, 2010; Docket No. 237)

f. Notice of Filing of Supplement to Joint Plan of Reorganization of Taylor-Wharton International LLC and Its Affiliated Debtors Under Chapter 11 of The United States Bankruptcy Code (Filed on April 9, 2010; Docket No. 273)

g. Notice of Rescheduled and Cancelled Omnibus Hearings (Filed on April 15, 2010; Docket No. 281)

h. Notice of Rescheduled Omnibus Hearing (Filed on April 27, 2010; Docket No. 289)

i. Declaration of Jeffrey S. Stein of The Garden City Group, Inc. Regarding the Methodology for the Tabulation of Ballots Accepting and Rejecting the Debtors' Joint Plan of Reorganization of Taylor-Wharton International LLC and Its Affiliates Under chapter 11 of The Bankruptcy Code (Filed on May 7, 2010; Docket No. 306)

j. Notice of Filing of Proposed Confirmation Order (Filed on May 7, 2010; Docket No. 307)

k. Declaration of Mark Belanger in Support of Confirmation of First Amended Joint Plan of Reorganization of Taylor-Wharton International LLC and Affiliated Debtors Under Chapter 11 of The United States Bankruptcy Code (Filed on May 10, 2010; Docket No. 309)

l. Memorandum of Law in Support of Confirmation of First Amended Joint Plan of Reorganization for Taylor-Wharton International, LLC, and Its Affiliated Debtors Under Chapter 11 of The United States Bankruptcy Code (Filed on May 10, 2010; Docket No. 310)

m. Declaration of Leonard York in Support of Confirmation of First Amended Joint Plan of Reorganization of Taylor-Wharton International LLC and Affiliated Debtors Under Chapter 11 of The United States Bankruptcy Code (Filed on May 10, 2010; Docket No. 312)

Responses Received:

n.  Limited Objection of Worthington Cylinder Corporation to Confirmation of Joint Plan of Reorganization of Taylor-Wharton International LLC and Its Affiliated Debtors Under Chapter 11 of The United States Bankruptcy Code (Filed on February 8, 2010; Docket No. 193)

o.  Objection to Confirmation of Joint Plan of Reorganization filed by Stephen Trigo (Filed on February 8, 2010; Docket No. 194)

p.  Objection to Confirmation of Plan filed by United States Trustee (filed on December 9, 2010; Docket No. 196)

q.  Objection of Harsco Corporation to Joint Plan of Reorganization of Taylor-Wharton International LLC and its Affiliated Debtors Under Chapter 11 of the United States Bankruptcy Code (Filed on February 9, 2009; Docket No. 199)

r.  Winford Charles Blasingame, Sandra Blasingame, Harry Franklin Brook and Terri Lynn Brook's Joinder to Stephen Trigo's Objection to Confirmation of Joint Plan of Reorganization (Filed on February 12, 2010; Docket No. 207)

s.  Objection of The Michigan Department of Treasury to Debtors' Joint Chapter 11 Plan of Reorganization (Filed on April 7, 2010; Docket No. 266)

t.  Limited Objection of USW to Confirmation of Joint Plan of Reorganization of Taylor-Wharton International LLC and Its Affiliated Debtors Under Chapter 11 of the United States Bankruptcy Code (Filed on April 7, 2010; Docket No. 270)

u.  Debtors' Reply to Objection by The United Steel, Paper and Forestry, Rubber Manufacturing, Energy, Allied Industrial and Service Workers International Union to Confirmation of Taylor-Wharton International LLC and Its Affiliated Debtors Under Chapter 11 of The United States Bankruptcy Code (Filed on May 10, 2010; Docket No. 308)

v.  Debtors' Reply to Objections of Harsco Corporation to: (I) Joint Plan of Reorganization of Taylor-Wharton International LLC and its Affiliated Debtors Under Chapter 11 of the United States Bankruptcy Code; (II) Motion of Debtors for an Order Authorizing the Rejection of Certain Executory Contracts; and (III) Motion of Debtors for an Order Authorizing the Rejection of Harrisburg Real Property Lease (Filed on May 10, 2010; Docket No. 311)

Response Deadline: February 9, 2009 at 4:00 p.m. (Eastern)

Status: This matter will be going forward.

2.  Motion of Debtors and Debtors in Possession for an Order Pursuant to 11 U.S.C. §§ 105(a) and 365(a) and Rule 6006 of The Federal Rules of Bankruptcy Procedure Authorizing the Rejection of Executory Contractual Agreements with Harsco Corporation and an Unexpired Lease of Non-Residential Real Property, *Nunc Pro Tunc* to the Date Hereof (Filed on December 23, 2009; Docket No. 104)

    Related Documents:

    a.  Notice of Rescheduled and Cancelled Omnibus Hearings (Filed on April 15, 2010; Docket No. 281)

    b.  Notice of Rescheduled Omnibus Hearing (Filed on April 27, 2010; Docket No. 289)

    Responses Received:

    c.  Objection of Harsco Corporation to Motion of Debtors for an Order Authorizing the Rejection of Certain Executory Contracts [Docket No. 104] (Filed on February 1, 2010; Docket No. 185)

    d.  Debtors' Reply to Objections of Harsco Corporation to: (I) Joint Plan of Reorganization of Taylor-Wharton International LLC and its Affiliated Debtors Under Chapter 11 of the United States Bankruptcy Code; (II) Motion of Debtors for an Order Authorizing the Rejection of Certain Executory Contracts; and (III) Motion of Debtors for an Order Authorizing the Rejection of Harrisburg Real Property Lease (Filed on May 10, 2010; Docket No. 311)

    Response Deadline: February 1, 2010 at 4:00 p.m. (Eastern).

    Status: This matter will be going forward.

3.  Motion of Harsco Corporation for an Order Temporarily Allowing Its Claims for Voting Purposes Pursuant to Rule 3018(a) of The Bankruptcy Rules (Filed on February 1, 2010; Docket No. 186)

    Related Documents:

    a.  Notice of Rescheduled and Cancelled Omnibus Hearings (Filed on April 15, 2010; Docket No. 281)

    b.  Notice of Rescheduled Omnibus Hearing (Filed on April 27, 2010; Docket No. 289)

Responses Received:

    c.    Debtors' Objection to the Motion of Harsco Corporation for an Order Temporarily Allowing Its Claims for Voting Purposes Pursuant to Rule 3018(A) of The Bankruptcy Rules (Filed on February 9, 2010; Docket No. 198)

Response Deadline: February 9, 2010 at 4:00 p.m. (Eastern).

Status: This matter will be going forward.

4. Winford Charles Blasingame, Sandra Blasingame, Harry Franklin Brook and Terri Lynn Brook's Motion for Relief From the Automatic Stay (Filed on February 17, 2010; Docket No. 211)

    Related Documents:

    a.    Notice of Rescheduled and Cancelled Omnibus Hearings (Filed on April 15, 2010; Docket No. 281)

    b.    Notice of Rescheduled Omnibus Hearing (Filed on April 27, 2010; Docket No. 289)

Responses Received: None.

Response Deadline: March 3, 2010 at 4:00 p.m. (Eastern); extended for the Debtors per agreement of the parties.

Status: This matter will be going forward.

5. Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105(a) and 365(a) Authorizing the Rejection of an Unexpired Non-Residential Real Property Lease with Harsco Corporation (Filed on March 25, 2010; Docket No. 253)

    Related Documents:

    a.    Exhibit A to Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105(a) and 365(a) Authorizing the Rejection of an Unexpired Non-Residential Real Property Lease with Harsco Corporation (Filed on March 26, 2010; Docket No. 254)

    b.    Notice of Rescheduled and Cancelled Omnibus Hearings (Filed on April 15, 2010; Docket No. 281)

    c.    Notice of Rescheduled Omnibus Hearing (Filed on April 27, 2010; Docket No. 289)

Responses Received:

d. Objection of Harsco Corporation to Motion of Debtors for an Order Authorizing the Rejection of Harrisburg Real Property [Docket No. 253] (Filed on April 8, 2010; Docket No. 271)

e. Debtors' Reply to Objections of Harsco Corporation to: (I) Joint Plan of Reorganization of Taylor-Wharton International LLC and its Affiliated Debtors Under Chapter 11 of the United States Bankruptcy Code; (II) Motion of Debtors for an Order Authorizing the Rejection of Certain Executory Contracts; and (III) Motion of Debtors for an Order Authorizing the Rejection of Harrisburg Real Property Lease (Filed on May 10, 2010; Docket No. 311)

Response Deadline: April 7, 2010 at 4:00 p.m. (Eastern).
                            Extended for Harsco Corporation

Status: This matter will be going forward.

6. Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a), 363, 365 and Fed.R.Bankr.P. 2002, 6004, 6006 for (i) Entry of an Order (a) Establishing Bidding and Auction Procedures Related to the Sale of the Debtors' Cylinders Business and Related Acquired Assets; (b) Approving Bid Protections; (c) Scheduling an Auction and Sale Hearing for the Sale of the Debtors' Acquired Assets; (d) Establishing Certain Notice Procedures for Determining Cure Amounts; (e) Approving Form and Manner of Notice of all Procedures, Protections, Schedules and Agreements, and (f) Granting Certain Related Relief; and (ii) Entry of an Order (a) Approving the Sale of the Debtors' Cylinders Business and Related Acquired Assets Free and Clear of all Liens, Claims, Encumbrances and Interests, and (b) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases (Filed on April 30 2010; Docket No. 295)

Related Documents:

a. Order shortening Notice with Regarding to Motion of Debtors and Debtors in Possession Shortening Notice with Regard to Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a), 363, 365 and Fed.R.Bankr.P. 2002, 6004, 6006 for (i) Entry of an Order (a) Establishing Bidding and Auction Procedures Related to the Sale of the Debtors' Cylinders Business and Related Acquired Assets; (b) Approving Bid Protections; (c) Scheduling an Auction and Sale Hearing for the Sale of the Debtors' Acquired Assets; (d) Establishing Certain Notice Procedures for Determining Cure Amounts; (e) Approving Form and Manner of Notice of all Procedures, Protections, Schedules and Agreements, and (f) Granting Certain Related Relief; and (ii) Entry of an Order (a) Approving the Sale of the Debtors' Cylinders Business and Related Acquired Assets Free and Clear of all Liens, Claims, Encumbrances and Interests, and (b) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases (Filed on May 4, 2010; Docket No. 298)

Responses Received: None.

Response Deadline: Bid Procedures Objection Deadline May 12, 2010 at 11:00 p.m.
Cylinders 363 Sale Motion Objection Deadline
May 7, 2010 at 4:00 p.m.

Status: This matter will be going forward.

Dated: May 10, 2010
Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By: /s/ Mark W. Eckard
Mark W. Eckard (No. 4542)
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
E-mail: meckard@reedsmith.com

- and -

J. Andrew Rahl, Jr., Esquire
Mark D. Silverschotz, Esquire
Han J. Ahn, Esquire
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
E-mail: arahl@reedsmith.com
msilverschotz@reedsmith.com
hahn@reedsmith.com

Counsel for Taylor-Wharton International LLC, *et al.*, Debtors and Debtors-in-Possession