# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TAYLOR-WHARTON<br>INTERNATIONAL LLC[1], et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-14089 (BLS)<br>Jointly Administered<br><br>Re: Docket No. 295<br><br>**Hearing Date: May 12, 2010 at 11:00 a.m.** |

**NOTICE OF FILING OF CERTAIN REDACTED SCHEDULES TO EXHIBIT A OF MOTION PURSUANT TO 11 U.S.C. §§ 105(a), 363, 365 AND FED. R. BANKR. P. 2002, 6004, 6006 FOR (I) ENTRY OF AN ORDER (A) ESTABLISHING BIDDING AND AUCTION PROCEDURES RELATED TO THE SALE OF THE DEBTORS' CYLINDERS BUSINESS AND RELATED ACQUIRED ASSETS; (B) APPROVING BID PROTECTIONS; (C) SCHEDULING AN AUCTION AND SALE HEARING FOR THE SALE OF THE DEBTORS' ACQUIRED ASSETS; (D) ESTABLISHING CERTAIN NOTICE PROCEDURES FOR DETERMINING CURE AMOUNTS; (E) APPROVING FORM AND MANNER OF NOTICE OF ALL PROCEDURES, PROTECTIONS, SCHEDULES AND AGREEMENTS; AND (F) GRANTING CERTAIN RELATED RELIEF; AND (II) ENTRY OF AN ORDER (A) APPROVING THE SALE OF THE DEBTORS' CYLINDERS BUSINESS AND RELATED ACQUIRED ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS; AND (B) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN <u>EXECUTORY CONTRACTS AND UNEXPIRED LEASES</u>**

PLEASE TAKE NOTICE that on, April 30, 2010, the above-captioned debtors and debtors-in-possession (the "<u>Debtors</u>") filed the Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a), 363, 365 and Fed.R.Bankr.P. 2002, 6004, 6006 for (i) Entry of an Order (a) Establishing Bidding and Auction Procedures Related to the Sale of the Debtors' Cylinders Business and Related Acquired Assets; (b) Approving Bid Protections; (c) Scheduling an Auction and Sale Hearing for the Sale of the Debtors' Acquired Assets; (d) Establishing Certain Notice Procedures for

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are: Taylor-Wharton International LLC (1577); TWI-Holding LLC (8154); Taylor-Wharton Intermediate Holdings LLC (6890); Alpha One Inc. (1392); Beta Two Inc. (1408); Gamma Three Inc. (1367); Delta Four Inc. (1320); Epsilon Five Inc. (1344); TW Cryogenics LLC (1713); TW Cylinders LLC (1665); Sherwood Valve LLC (1781); American Welding & Tank LLC (1945); and TW Express LLC (6414). Each of the Debtors has a principal place of business at 4817 Old Gettysburg Road, Mechanicsburg, Pennsylvania 17055.

Determining Cure Amounts; (e) Approving Form and Manner of Notice of all Procedures, Protections, Schedules and Agreements, and (f) Granting Certain Related Relief; and (ii) Entry of an Order (a) Approving the Sale of the Debtors' Cylinders Business and Related Acquired Assets Free and Clear of all Liens, Claims, Encumbrances and Interests, and (b) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Lease (the "Cylinders 363 Sale Motion"; D.I. 295).

PLEASE TAKE FURTHER NOTICE that the Asset Purchase Agreement dated April 30, 2010 between the Debtors and Norris Cylinder Company (the "Purchase Agreement") is attached to the Cylinders 363 Sale Motion.

PLEASE TAKE FURTHER NOTICE that the Debtors hereby file certain schedules to the Purchase Agreement, copies of which are attached hereto as Exhibit A.

Dated: May 12, 2010
       Wilmington, Delaware

Respectfully submitted,

**REED SMITH LLP**

By: /s/ Mark W. Eckard
    Mark W. Eckard (No.4542)
    1201 Market Street, Suite 1500
    Wilmington, DE 19801
    Telephone: (302) 778-7500
    Facsimile: (302) 778-7575

    - and -

    J. Andrew Rahl, Jr., Esquire
    Mark D. Silverschotz, Esquire
    Han J. Ahn, Esquire
    599 Lexington Avenue
    New York, NY 10022
    Telephone: (212) 521-5400
    Facsimile: (212) 521-5450

    Counsel for Taylor-Wharton International LLC, *et al.*, Debtors and Debtors-in-Possession