# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TAYLOR-WHARTON<br>INTERNATIONAL LLC[1], et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-14089 (BLS)<br>Jointly Administered<br><br>**Re: Docket Nos. 295, 321 and 330** |

**NOTICE OF FILING OF REVISED REDACTED SCHEDULES TO DEBTORS' MOTION PURSUANT TO 11 U.S.C. §§ 105(A), 363, 365 AND FED.R.BANKR.P. 2002, 6004, 6006 FOR (I) ENTRY OF AN ORDER (A) ESTABLISHING BIDDING AND AUCTION PROCEDURES RELATED TO THE SALE OF THE DEBTORS' CYLINDERS BUSINESS AND RELATED ACQUIRED ASSETS; (B) APPROVING BID PROTECTIONS; (C) SCHEDULING AN AUCTION AND SALE HEARING FOR THE SALE OF THE DEBTORS' ACQUIRED ASSETS; (D) ESTABLISHING CERTAIN NOTICE PROCEDURES FOR DETERMINING CURE AMOUNTS; (E) APPROVING FORM AND MANNER OF NOTICE OF ALL PROCEDURES, PROTECTIONS, SCHEDULES AND AGREEMENTS, AND (F) GRANTING CERTAIN RELATED RELIEF; AND (II) ENTRY OF AN ORDER (A) APPROVING THE SALE OF THE DEBTORS' CYLINDERS BUSINESS AND RELATED ACQUIRED ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS, AND (B) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

PLEASE TAKE NOTICE that on April 30, 2010, the above-captioned debtors and debtors in possession ("Debtors") filed the Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a), 363, 365 and Fed.R.Bankr.P. 2002, 6004, 6006 for (i) Entry of an Order (a) Establishing Bidding and Auction Procedures Related to the Sale of the Debtors' Cylinders Business and Related Acquired Assets; (b) Approving Bid Protections; (c) Scheduling an Auction and Sale Hearing for the Sale of the Debtors' Acquired Assets; (d) Establishing Certain Notice Procedures for

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are: Taylor-Wharton International LLC (1577); TWI-Holding LLC (8154); Taylor-Wharton Intermediate Holdings LLC (6890); Alpha One Inc. (1392); Beta Two Inc. (1408); Gamma Three Inc. (1367); Delta Four Inc. (1320); Epsilon Five Inc. (1344); TW Cryogenics LLC (1713); TW Cylinders LLC (1665); Sherwood Valve LLC (1781); American Welding & Tank LLC (1945); and TW Express LLC (6414). Each of the Debtors has a principal place of business at 4817 Old Gettysburg Road, Mechanicsburg, Pennsylvania 17055.

Determining Cure Amounts; (e) Approving Form and Manner of Notice of all Procedures, Protections, Schedules and Agreements, and (f) Granting Certain Related Relief; and (ii) Entry of an Order (a) Approving the Sale of the Debtors' Cylinders Business and Related Acquired Assets Free and Clear of all Liens, Claims, Encumbrances and Interests, and (b) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases (the "Motion"; D.I. 295).

PLEASE TAKE FURTHER NOTICE that on May 12 2010, Debtors' filed the Notice Of Filing of Certain Redacted Schedules to Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a), 363, 365 and Fed.R.Bankr.P. 2002, 6004, 6006 for (i) Entry Of An Order (a) Establishing Bidding and Auction Procedures Related to the Sale of the Debtors' Cylinders Business and Related Acquired Assets; (b) Approving Bid Protections; (c) Scheduling an Auction and Sale Hearing for the Sale of the Debtors' Acquired Assets; (d) Establishing Certain Notice Procedures for Determining Cure Amounts; (e) Approving Form and Manner of Notice of all Procedures, Protections, Schedules and Agreements, and (F) Granting Certain Related Relief; and (ii) Entry of an Order (a) Approving the Sale of the Debtors' Cylinders Business and Related Acquired Assets Free and Clear of All Liens, Claims, Encumbrances and Interests, and (b) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases (the "Notice"; D.I. 321).

PLEASE TAKE FURTHER NOTICE that the Debtors hereby file revised certain redacted schedules to the Asset Purchase Agreement ("APA"),[2] copies of which are attached hereto as Exhibit 1.

---

[2] The APA is attached to the Motion as Exhibit A.

| | |
|---|---|
| Dated: May 21, 2010<br>      Wilmington, Delaware | Respectfully submitted,<br><br>**REED SMITH LLP**<br><br>By:  /s/ Mark W. Eckard<br>     Mark W. Eckard (No. 4542)<br>     1201 Market Street, Suite 1500<br>     Wilmington, DE 19801<br>     Telephone: (302) 778-7500<br>     Facsimile: (302) 778-7575<br>     E-mail: meckard@reedsmith.com<br><br>     - and -<br><br>J. Andrew Rahl, Jr., Esquire<br>Mark D. Silverschotz, Esquire<br>Han J. Ahn, Esquire<br>599 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 521-5400<br>Facsimile: (212) 521-5450<br>E-mail: arahl@reedsmith.com<br>       msilverschotz@reedsmith.com<br>       hahn@reedsmith.com<br><br>Counsel for Taylor-Wharton International LLC, *et al.*, Debtors and Debtors-in-Possession |